UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSENDA STRONG,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br><br>          Defendant. | NO:  15-CV-3055-FVS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR REMAND PURSUANT TO SENTENCE SIX, 42 U.S.C. 405(g) |

BEFORE THE COURT is Defendant's Motion for Remand Pursuant to Sentence Six, 42 U.S.C. 405(g). ECF No. 8. Defendant argues that good cause exists to remand this case, pursuant to sentence six of 42 U.S.C. § 405(g), because significant portions of the recorded hearing are inaudible. ECF No. 8 at 2. Plaintiff does not object. ECF No. 12. After consideration,

**IT IS ORDERED** that Defendant's Motion for Remand Pursuant to Sentence Six, 42 U.S.C. 405(g), ECF No. 8, is **GRANTED**.

This matter is remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge

ORDER FOR REMAND ~ 1

will hold a new hearing and issue a new decision. This Court retains jurisdiction pending further administrative development of the record pursuant to 42 U.S.C. § 405(g).

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 5th day of August, 2015.

                              *s/Fred Van Sickle*
                               Fred Van Sickle
                    Senior United States District Judge

ORDER FOR REMAND ~ 2