AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2021

SEAN F. McAVOY, CLERK

ROSENDA S., )
    *Plaintiff* )
v. ) Civil Action No. 15-CV-03055-FVS
ANDREW M. SAUL, )
COMMISSIONER OF SOCIAL SECURITY, )
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' stipulated motion to reopen, reinstate, and for entry of judgment in favor of Plaintiff, ECF No. 15, is GRANTED.
Judgment is entered for Plaintiff pursuant to sentence four of 42 U.S.C. § 405(g), affirming the ALJ's decision of September 13, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Fred Van Sickle on a motion to reopen, reinstate, and for entry of judgment.

Date: July 6, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
    *(By) Deputy Clerk*
Tonia Ramirez